EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2002

at ___ o'clock and ___ min/___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00272 DAE |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [21 U.S.C. § 841, 846 and |
| ) | Title 18 U.S.C. § 2] |
| MARSHELLY MAILOU, (01) ) | |
| aka "SHELLY" ) | |
| DANIEL MAILOU, (02) ) | |
| DWAYNE AHAKUELO, (03) ) | |
| aka "AKU" ) | |
| and JOHN SARDINHA, (04) ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

INDICTMENT

Count 1:

The Grand Jury charges:

From on or about May 9, 2002, to and including June 15,
2002, in the District of Hawaii, and elsewhere,

MARSHELLY MAILOU aka "SHELLY"
DANIEL MAILOU,
DWAYNE AHAKUELO, aka "AKU"
and
JOHN SARDINHA,

defendants herein, did willfully and unlawfully conspire together
with each other, and others known and unknown to the grand jury,
to knowingly and intentionally possess with intent to distribute,
in excess of fifty (50) grams of cocaine base, a Schedule II
controlled substance, in violation of Title 21, United States
Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to
possess for distribution methamphetamine in Hawaii.

OVERT ACTS

In furtherance of said conspiracy and to effect the
objects thereof, the defendants performed overt acts in the
District of Hawaii and elsewhere which include, but are not
limited to, the following:

1.   On May 9, 2002, MARSHELLY MAILOU distributed
approximately one ounce of cocaine base to an undercover officer.

2.   On June 4, 2002, DWAYNE AHAKUELO obtained
approximately two ounces of cocaine base from JOHN SARDINHA for
purposes of further distribution.

3.   On June 4, 2002, DWAYNE AHAKUELO distributed to
MARSHELLY MAILOU, for further distribution, the cocaine base that
he received from JOHN SARDINHA.

4.    On June 4, 2002, MARSHELLY MAILOU distributed approximately two ounces of cocaine base to an undercover officer.

5.    On June 13, 2002, DWAYNE AHAKUELO obtained approximately five ounces of cocaine base for distribution from JOHN SARDINHA.

6.    On June 13, 2002, DWAYNE AHAKUELO, MARSHELLY MAILOU and DANIEL MAILOU possessed approximately five ounces of cocaine base for distribution to an undercover officer.

7.    On June 14, 2002, DWAYNE AHAKUELO possessed with intent to distribute approximately five ounces of cocaine base that he received from JOHN SARDINHA.

All in violation of Title 21, United States Code, Section 846.

### Count 2:

The Grand Jury further charges:

On or about May 9, 2002, in the District of Hawaii, **MARSHELLY MAILOU aka "SHELLY"**, did knowingly and intentionally possess, with intent to distribute, in excess of five (5) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

3

Count 3:

The Grand Jury further charges:

On or about June 4, 2002, in the District of Hawaii, **MARSHELLY MAILOU aka "SHELLY"**, did knowingly and intentionally possess, with intent to distribute, in excess of five (5) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count 4:

The Grand Jury further charges:

On or about June 13, 2002, in the District of Hawaii, **MARSHELLY MAILOU aka "SHELLY" and DANIEL MAILOU**, did knowingly and intentionally attempt to possess with intent to distribute, in excess of fifty (50) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code Section 2.

Count 5:

The Grand Jury further charges:

On or about June 14, 2002, in the District of Hawaii, **DWAYNE AHAKUELO, aka "AKU"**, did knowingly and intentionally possess with intent to distribute, in excess of fifty (50) grams of cocaine base, a Schedule II controlled substance, in violation

4

of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

<u>Count 6</u>:

The Grand Jury further charges:

On or about June 15, 2002, in the District of Hawaii, **JOHN SARDINHA**, did knowingly and intentionally possess with intent to distribute in excess of five (5) grams of methamphetamine, its salts isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED:  Honolulu, Hawaii, ___June 20, 2002___.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
United States Attorney
District of Hawai'i

_____
CHRIS A. THOMAS
Assistant U.S. Attorney


<u>United States v. Marshelly Mailou, et al.</u>
"Indictment"
Cr. No. _____